# Court of Appeals
# of the State of Georgia

ATLANTA, September 05, 201

*The Court of Appeals hereby passes the following order:*

**A13D0004. FRANKLIN L. WILLIAMS v. MARTIN H. EAVES et al.**

On August 14, 2012, Franklin L. Williams filed this discretionary application seeking to appeal an order entered by the trial court on September 10, 2008. In order for this Court to have jurisdiction, an application for discretionary appeal must be timely filed. *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). An application is timely if it is filed within 30 days of the entry of the order the applicant seeks to appeal. OCGA § 5-6-35 (d). Because Williams filed this application nearly four years after entry of the order he seeks to appeal, it is not timely. The application is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 09/05/2012
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

, *Clerk.*